O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT JOHN HENDERSON, | ) | CASE NO. SA CV 13-00709 GAF (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| JIM MACDONALD, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of SCOTT JOHN HENDERSON, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 21, 2013

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**